# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MENDY READ-FORBES, )<br>)<br>Defendant. )<br>_____) | CRIMINAL ACTION<br><br>No. 13-20041-01-KHV |

## ORDER

This matter is before the Court on defendant's Motion To Stay Restitution (Doc. #80) filed April 20, 2020. For reasons stated below, the Court dismisses defendant's motion.

Defendant asks for a stay of restitution payments until January of 2021. On November 12, 2014, the Court ordered Brian Forbes, a co-defendant in this action, to pay restitution. See Judgment In A Criminal Case (Doc. #57) filed November 13, 2014 at 5. The Court did not impose an order of restitution or judgment against defendant in this case. Shortly after sentencing in a related case, D. Kan. No. 12-20099-01, the Court granted the government's motion to dismiss defendant from this case. See Order (Doc. #77) filed May 5, 2015 in D. Kan. No. 12-20099-01. Defendant's restitution obligation in Case Number 12-20099 is joint and several with Brian Forbes, but she does not owe restitution as part of this action. Accordingly, the Court dismisses defendant's motion.

**IT IS THEREFORE ORDERED** that defendant's Motion To Stay Restitution (Doc. #80) filed April 20, 2020 is **DISMISSED**.

Dated this 6th day of July, 2020 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
